UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KENNEDY, PETER A. | § | Case No. 15-26065-TAB |
| KENNEDY, HOPE M. | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/30/2015. The undersigned trustee was appointed on 07/30/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 18,900.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 11.15 |
| Bank Service Fees | | 132.62 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 18,756.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 03/31/2016 and the deadline for filing governmental claims was 03/31/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

     7. The Trustee's proposed distribution is attached as **Exhibit D.**

     8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $2,640.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,640.00, for a total compensation of $2,640.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00 for total expenses of $0.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/14/2016     By: /s/ Joseph A. Baldi
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 15-26065  
Case Name: KENNEDY, PETER A.  
KENNEDY, HOPE M.  
For Period Ending: 09/14/2016  

Judge: Timothy A. Barnes  

Trustee Name: Joseph A. Baldi  
Date Filed (f) or Converted (c): 07/30/2015 (f)  
341(a) Meeting Date: 09/10/2015  
Claims Bar Date: 03/31/2016  

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Real estate located at 335 Gareth Ln., Schaumburg, | 230,587.00 | 0.00 | | 0.00 | FA |
| 2. | Woodhaven Lakes Camp Ground - 509 La Moille Rd., S | 25,000.00 | 15,000.00 | OA | 0.00 | FA |
| 3. | Checking account with PNC Bank | 6,905.00 | 0.00 | | 0.00 | FA |
| 4. | Miscellaneous used household goods and furnishings | 350.00 | 0.00 | | 0.00 | FA |
| 5. | Books, Pictures, and CD's | 65.00 | 0.00 | | 0.00 | FA |
| 6. | Wearing Apparel | 1,100.00 | 0.00 | | 0.00 | FA |
| 7. | Miscellaneous Costume Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 8. | Whole Life Insurance policy with All State - (Net | 490.00 | 0.00 | | 0.00 | FA |
| 9. | Term Life Insurance policy with Globe Life - (No c | 0.00 | 0.00 | | 0.00 | FA |
| 10. | Term Life Insurance policy with Globe Life - (No c | 0.00 | 0.00 | | 0.00 | FA |
| 11. | Term Life Insurance policy with United of Omaha - | 0.00 | 0.00 | | 0.00 | FA |
| 12. | IRA Retirement Account with Royal Candian Bank - 1 | 315,796.00 | 0.00 | | 0.00 | FA |
| 13. | Potential Medical Malpractice lawsuit against Loyo | Unknown | 0.00 | | 0.00 | FA |
| 14. | Automobile - 2009 Honda Civic LX - 50,000 miles - | 8,500.00 | 3,360.00 | | 3,400.00 | FA |
| 15. | 1 Dog | 5.00 | 0.00 | | 0.00 | FA |
| 16. | Fradulent Conveyance - Settlement (u) | 0.00 | 10,040.00 | | 10,000.00 | FA |
| 17. | Reimbursement - Insurance Proceeds (u) | 0.00 | 0.00 | | 5,500.00 | FA |

Page 2

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 15-26065  
Case Name: KENNEDY, PETER A.  
KENNEDY, HOPE M.  
For Period Ending: 09/14/2016

Judge: Timothy A. Barnes

Trustee Name: Joseph A. Baldi  
Date Filed (f) or Converted (c): 07/30/2015 (f)  
341(a) Meeting Date: 09/10/2015  
Claims Bar Date: 03/31/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 589,198.00 | 28,400.00 | | 18,900.00 | 0.00 |

Re Prop. #2   Trustee authorized to retain real estate broker and list property for sale pursuant to this Court's order dated 3/16/16 [dkt 34].  Thereafter, Trustee filed motion to abandon which was granted on 6/28/16 [dkt 41]  
Re Prop. #14   Trustee sold back to Debtors per order 4/27/16 [dkt 38]  
Re Prop. #16   Payment made by Debtor post-petition to a third party;Trustee settled with Debtors for recovery of transfer per order 4/27/16 [dkt 38]  
Re Prop. #17   Debtors received insurance proceeds prior to filing due to damage to Woodhaven Lakes trailer;Debtors are paying Estate in installments

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 2016:  Trustee received court authority to retain a realtor and list a mobile home in March 2016.  Trustee received court authority to sell the vehicle to the Debtors and settle the Estate's claim for fraudulent transfer in April 2016. Trustee has received full turnover of the insurance proceeds paid to Debtors after the commencement of the case.  Trustee determined that there are sufficient funds in the Estate to pay unsecured creditors in full.  Trustee has filed a motion to abandon the Estate's interest in the mobile home.  Property abandoned per court order. Trustee is preparing his TFR.

March 09, 2016, 04:27 pm Agreed with Debtor to sell vehicle equity to him and settle potential fraudulent conveyance claims for $13,000, debtor paid funds.  Prepare motion to approve sale and compromise.

Debtor received insurance proceeds from damage to trailer, paying to trustee over time.

Reviewed and listing trailer in Woodhaven for sale, motion filed 3/9/16.

Initial Projected Date of Final Report(TFR) : 07/15/2016    Current Projected Date of Final Report(TFR) : 09/15/2016

Trustee's Signature    /s/Joseph A. Baldi        Date:  09/14/2016  
Joseph A. Baldi  
20 N. Clark St. Suite 200  
Chicago, IL 60602  
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-26065 | Trustee Name: | Joseph A. Baldi |
| Case Name: | KENNEDY, PETER A. | Bank Name: | Associated Bank |
| | KENNEDY, HOPE M. | Account Number/CD#: | ******7501 Checking Account |
| Taxpayer ID No: | **-***5588 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/14/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/01/2015 | | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA ,AZ 85209 | VARIOUS ASSETS - SETTLEMENT | | 13,400.00 | | 13,400.00 |
| | [14] | | dated 4/27/16 [dkt 38] Equity in vehicle sold per order    3,400.00 | 1290-000 | | | |
| | [16] | | for alleged fraudulent transfer per order dated 4/27/16 [dkt 38]    10,000.00<br>Settlement with Debtors | 1290-000 | | | |
| 01/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.27 | 13,380.73 |
| 02/04/2016 | [17] | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA ,AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 2,000.00 | | 15,380.73 |
| 02/05/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.89 | 15,360.84 |
| 02/15/2016 | 1001 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York ,NY 10017 | Bond Premium Payment<br>2016 Bond Premium Payment | 2300-000 | | 11.15 | 15,349.69 |
| 03/02/2016 | [17] | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA ,AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 300.00 | | 15,649.69 |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.07 | 15,628.62 |
| 03/08/2016 | [17] | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA ,AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 200.00 | | 15,828.62 |
| | | | Page Subtotals | | 15,900.00 | 71.38 | |

| Case No: | 15-26065 | Trustee Name: | Joseph A. Baldi |
| Case Name: | KENNEDY, PETER A. | Bank Name: | Associated Bank |
| | KENNEDY, HOPE M. | Account Number/CD#: | ******7501 Checking Account |
| Taxpayer ID No: | **-***5588 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/14/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/23/2016 | [17] | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA ,AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 500.00 | | 16,328.62 |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 23.67 | 16,304.95 |
| 04/26/2016 | [17] | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA ,AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 500.00 | | 16,804.95 |
| 05/06/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 23.56 | 16,781.39 |
| 05/23/2016 | [17] | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA ,AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 500.00 | | 17,281.39 |
| 06/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.16 | 17,256.23 |
| 06/09/2016 | [17] | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA ,AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 1,500.00 | | 18,756.23 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 18,756.23 | 0.00 |
| | | | | Page Subtotals | 3,000.00 | 18,828.62 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 15-26065 | |
| Case Name: | KENNEDY, PETER A. | |
| | KENNEDY, HOPE M. | |
| Taxpayer ID No: | **-***5588 | |
| For Period Ending: | 9/14/2016 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number/CD#: | ******7501 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | |
|---|---|---|
| **COLUMN TOTALS** | 18,900.00 | 18,900.00 |
| Less:Bank Transfer/CD's | 0.00 | 18,756.23 |
| **SUBTOTALS** | 18,900.00 | 143.77 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 18,900.00 | 143.77 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-26065 | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | KENNEDY, PETER A. | Bank Name: | Texas Capital Bank |
| | KENNEDY, HOPE M. | Account Number/CD#: | ******5518 Checking Account |
| Taxpayer ID No: | **-***5588 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/14/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 18,756.23 | | 18,756.23 |
| | | | Page Subtotals | | 18,756.23 | 0.00 | |

| | | | |
| --- | --- | --- | --- |
| **COLUMN TOTALS** | | 18,756.23 | 0.00 |
| Less:Bank Transfer/CD's | | 18,756.23 | 0.00 |
| **SUBTOTALS** | | 0.00 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 0.00 | 0.00 |

| | | |
| --- | --- | --- |
| All Accounts Gross Receipts: | 18,900.00 | |
| All Accounts Gross Disbursements: | 143.77 | |
| All Accounts Net: | 18,756.23 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| ******7501 Checking Account | 18,900.00 | 143.77 | |
| ******5518 Checking Account | 0.00 | 0.00 | |
| **NetTotals** | 18,900.00 | 143.77 | 18,756.23 |

| Case: 15-26065 | | | | | | Joseph A. Baldi |
| KENNEDY, PETER A. | | | | | | CLAIMS REGISTER |
| KENNEDY, HOPE M. | | | | | | |

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100 | 0.00 | 2,640.00 | 2,640.00 | 0.00 | 2,640.00 |
| BOND | ARTHUR B. LEVINE<br>370 Lexington Avenue, Suite 1101<br>New York , NY 10017 | 2300 | 0.00 | 11.15 | 11.15 | 11.15 | 0.00 |
| | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO , IL 60602 | 3110 | 0.00 | 5,432.00 | 5,432.00 | 0.00 | 5,432.00 |
| | Baldi Berg voluntarily agrees to subordinate the payment of its claim to the payment in full of the Estate's other administrative claims and the sole timely filed general unsecured creditor | | | | | | |
| | BALDI BERG, LTD<br>20 N. CLARK STREET, STE. 200<br>CHICAGO , IL 60602 | 3120 | 0.00 | 275.81 | 275.81 | 0.00 | 275.81 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **8,358.96** | **8,358.96** | **11.15** | **8,347.81** |
| 000001 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany , OH 43054-3025 | 7100 | 10,723.00 | 10,732.34 | 10,732.34 | 0.00 | 10,732.34 |
| **UNSECURED TOTAL** | | | **10,723.00** | **10,732.34** | **10,732.34** | **0.00** | **10,732.34** |
| **REPORT TOTALS** | | | **10,723.00** | **19,091.30** | **19,091.30** | **11.15** | **19,080.15** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   15-26065
Case Name:  KENNEDY, PETER A.
            KENNEDY, HOPE M.
Trustee Name:  Joseph A. Baldi

| Balance on Hand | $18,756.23 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:   Joseph A. Baldi | $ 2,640.00 | $ 0.00 | $ 2,640.00 |
| Attorney for Trustee, Fees:  BALDI BERG | $ 5,432.00 | $ 0.00 | $ 5,108.08 |
| Attorney for Trustee, Expenses:  BALDI BERG, LTD | $ 275.81 | $ 0.00 | $ 275.81 |
| Other:  ARTHUR B. LEVINE COMPANY | $ 11.15 | $ 11.15 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 8,023.89 |
| Remaining Balance | $ 10,732.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,732.34 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 10,732.34 | $ 0.00 | $ 10,732.34 |

| Total to be paid to timely general unsecured creditors | $ 10,732.34 |
| Remaining Balance | $ 0.00 |

UST Form 101-7-TFR (5/1/2011) Page 4

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE