**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Peter A. and Hope M. Kennedy, | ) | Case No. 15-26065 |
| | ) | |
| Debtors. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date:  October 18, 2016 |
| | ) | Hearing Time:  10:30 a.m. |

**CERTIFICATE OF SERVICE**

I, Joseph A. Baldi, hereby certify that I caused a true and correct copy of the attached **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** to be served on the persons on the service list at their respective addresses via CM/ECF or first class, postage prepaid as indicated on the attached Service List on September 22, 2016.

　　　　　　　　　　　　　　　/s/ Joseph A. Baldi, Trustee___
　　　　　　　　　　　　　　　Joseph A. Baldi, Trustee
　　　　　　　　　　　　　　　20 N. Clark Street, Suite 200
　　　　　　　　　　　　　　　Chicago, IL  60602
　　　　　　　　　　　　　　　(312) 726-8150

## SERVICE LIST

*In re Peter & Hope Kennedy*
*Case No. 15-26065*

**Via Electronic Notice**

Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Joseph P. Doyle
*Debtors' Counsel*
joe@fightbills.com

Seterus, Inc.
c/o Kinnera Bhoopal
kinnera.bhoopal@pierceservices.com

Seterus, Inc.
c/o Andrew J. Nelson
anelson@atty-pierce.com

**Via U.S. Mail**

Peter & Hope Kennedy
8500 E. Southern Ave., Unit 581
Mesa, AZ  85209

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          §

KENNEDY, PETER A.           §

KENNEDY, HOPE M.         §         Case No.   15-26065-TAB

                             §

            Debtors(s)        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at

10:30 a.m., on Tuesday, October 18, 2016
in Courtroom 744, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

Date Mailed:   09/22/2016           By :   /s/ Joseph A. Baldi

                                              Trustee

Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                         §

KENNEDY, PETER A.                              §        Case No.  15-26065-TAB
KENNEDY, HOPE M.                               §
                                               §
                                               §
                                               §
                    Debtors(s)                 §

SUMMARY OF  TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION


|  | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,900.00 |
| and approved disbursements of | $ | 143.77 |
| leaving a balance on hand of: | $ | 18,756.23 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:  Joseph A. Baldi | $ 2,640.00 | $ 0.00 | $ 2,640.00 |
| Attorney for Trustee, Fees:  BALDI BERG | $ 5,432.00 | $ 0.00 | $ 5,108.08 |
| Attorney for Trustee, Expenses:  BALDI BERG, LTD | $ 275.81 | $ 0.00 | $ 275.81 |
| Other:  ARTHUR B. LEVINE COMPANY | $ 11.15 | $ 11.15 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,023.89 |
| Remaining Balance | $ 10,732.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,732.34 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 10,732.34 | $ 0.00 | $ 10,732.34 |
| Total to be paid to timely general unsecured creditors | | | | $ 10,732.34 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:   /s/ Joseph A. Baldi
                    Trustee

Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)(Page 3 )