UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
KENNEDY, PETER A. § Case No. 15-26065
KENNEDY, HOPE M. §
                Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $225,586.00 (Without deducting any secured claims) | Assets Exempt: $360,252.00 |
| Total Distributions to Claimants: $10,732.34 | Claims Discharged Without Payment: $30,177.00 |
| Total Expenses of Administration: $8,167.66 | |

3) Total gross receipts of $18,900.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $18,900.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $245,624.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $8,491.58 | $8,491.58 | $8,167.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $40,900.00 | $10,732.34 | $10,732.34 | $10,732.34 |
| **TOTAL DISBURSEMENTS** | $286,524.00 | $19,223.92 | $19,223.92 | $18,900.00 |

4) This case was originally filed under chapter 7 on 07/30/2015. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   12/13/2016                    By :   /s/ Joseph A. Baldi

                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| Reimbursement - Insurance Proceeds | 1249-000 | $5,500.00 |
| Automobile - 2009 Honda Civic LX - 50,000 miles - | 1290-000 | $3,400.00 |
| Fradulent Conveyance - Settlement | 1290-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,900.00** |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bmo Harris Bank | | $97,835.00 | NA | NA | $0.00 |
| | Seterus | | $147,789.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$245,624.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | $11.15 | $11.15 | $11.15 |
| BALDI BERG | 3110-000 | NA | $5,432.00 | $5,432.00 | $5,108.08 |
| Joseph A. Baldi | 2100-000 | NA | $2,640.00 | $2,640.00 | $2,640.00 |
| BALDI BERG, LTD | 3120-000 | NA | $275.81 | $275.81 | $275.81 |
| Associated Bank | 2600-000 | NA | $132.62 | $132.62 | $132.62 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $8,491.58 | $8,491.58 | $8,167.66 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | 7100-000 | $10,723.00 | $10,732.34 | $10,732.34 | $10,732.34 |
| | Bk Of Amer | | $9,244.00 | NA | NA | $0.00 |
| | Citi | | $20,933.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $40,900.00 | $10,732.34 | $10,732.34 | $10,732.34 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 15-26065  
Case Name: KENNEDY, PETER A.  
KENNEDY, HOPE M.  
For Period Ending: 12/13/2016

Judge: Timothy A. Barnes

Trustee Name: Joseph A. Baldi  
Date Filed (f) or Converted (c): 07/30/2015 (f)  
341(a) Meeting Date: 09/10/2015  
Claims Bar Date: 03/31/2016

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Real estate located at 335 Gareth Ln., Schaumburg, | 230,587.00 | 0.00 | | 0.00 | FA |
| 2. | Woodhaven Lakes Camp Ground - 509 La Moille Rd., S | 25,000.00 | 15,000.00 | OA | 0.00 | FA |
| 3. | Checking account with PNC Bank | 6,905.00 | 0.00 | | 0.00 | FA |
| 4. | Miscellaneous used household goods and furnishings | 350.00 | 0.00 | | 0.00 | FA |
| 5. | Books, Pictures, and CD's | 65.00 | 0.00 | | 0.00 | FA |
| 6. | Wearing Apparel | 1,100.00 | 0.00 | | 0.00 | FA |
| 7. | Miscellaneous Costume Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 8. | Whole Life Insurance policy with All State - (Net | 490.00 | 0.00 | | 0.00 | FA |
| 9. | Term Life Insurance policy with Globe Life - (No c | 0.00 | 0.00 | | 0.00 | FA |
| 10. | Term Life Insurance policy with Globe Life - (No c | 0.00 | 0.00 | | 0.00 | FA |
| 11. | Term Life Insurance policy with United of Omaha - | 0.00 | 0.00 | | 0.00 | FA |
| 12. | IRA Retirement Account with Royal Candian Bank - 1 | 315,796.00 | 0.00 | | 0.00 | FA |
| 13. | Potential Medical Malpractice lawsuit against Loyo | Unknown | 0.00 | | 0.00 | FA |
| 14. | Automobile - 2009 Honda Civic LX - 50,000 miles - | 8,500.00 | 3,360.00 | | 3,400.00 | FA |
| 15. | 1 Dog | 5.00 | 0.00 | | 0.00 | FA |
| 16. | Fradulent Conveyance - Settlement (u) | 0.00 | 10,040.00 | | 10,000.00 | FA |
| 17. | Reimbursement - Insurance Proceeds (u) | 0.00 | 0.00 | | 5,500.00 | FA |

UST Form 101-7-TDR (10/1/2010) (Page 5)

EXHIBIT 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 15-26065  
Case Name: KENNEDY, PETER A.  
KENNEDY, HOPE M.  
For Period Ending: 12/13/2016  

Judge: Timothy A. Barnes  

Trustee Name: Joseph A. Baldi  
Date Filed (f) or Converted (c): 07/30/2015 (f)  
341(a) Meeting Date: 09/10/2015  
Claims Bar Date: 03/31/2016  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Gross Value of Remaining Assets**

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | 589,198.00 | 28,400.00 | | 18,900.00 | 0.00 |

Re Prop. #2    Trustee authorized to retain real estate broker and list property for sale pursuant to this Court's order dated 3/16/16 [dkt 34].  Thereafter, Trustee filed motion to abandon which was granted on 6/28/16 [dkt 41]  
Re Prop. #14   Trustee sold back to Debtors per order 4/27/16 [dkt 38]  
Re Prop. #16   Payment made by Debtor post-petition to a third party;Trustee settled with Debtors for recovery of transfer per order 4/27/16 [dkt 38]  
Re Prop. #17   Debtors received insurance proceeds prior to filing due to damage to Woodhaven Lakes trailer;Debtors are paying Estate in installments  

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 15, 2016:  TFR submitted to UST

June 2016:  Trustee received court authority to retain a realtor and list a mobile home in March 2016.  Trustee received court authority to sell the vehicle to the Debtors and settle the Estate's claim for fraudulent transfer in April 2016.  Trustee has received full turnover of the insurance proceeds paid to Debtors after the commencement of the case.  Trustee determined that there are sufficient funds in the Estate to pay unsecured creditors in full.  Trustee has filed a motion to abandon the Estate's interest in the mobile home.  Property abandoned per court order. Trustee is preparing his TFR.

March 09, 2016, 04:27 pm Agreed with Debtor to sell vehicle equity to him and settle potential fraudulent conveyance claims for $13,000, debtor paid funds.  Prepare motion to approve sale and compromise.

Debtor received insurance proceeds from damage to trailer, paying to trustee over time.

Reviewed and listing trailer in Woodhaven for sale, motion filed 3/9/16.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

**Case No:** 15-26065    **Judge:** Timothy A. Barnes    **Trustee Name:** Joseph A. Baldi
**Case Name:** KENNEDY, PETER A.    **Date Filed (f) or Converted (c):** 07/30/2015 (f)
KENNEDY, HOPE M.    **341(a) Meeting Date:** 09/10/2015
**For Period Ending:** 12/13/2016    **Claims Bar Date:** 03/31/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 07/15/2016    **Current Projected Date of Final Report(TFR) :** 09/15/2016

**Trustee's Signature**    /s/Joseph A. Baldi    **Date:** 12/13/2016
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

UST Form 101-7-TDR (10/1/2010) (Page 7)    **EXHIBIT 8**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-26065 | Trustee Name: Joseph A. Baldi |
| Case Name: KENNEDY, PETER A. | Bank Name: Associated Bank |
| KENNEDY, HOPE M. | Account Number/CD#: ******7501 Checking Account |
| Taxpayer ID No: **-***5588 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 12/13/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/01/2015 | | PETER & HOPE KENNEDY 8500 E. SOUTHERN AVE, UNIT 581 MESA , AZ 85209 | VARIOUS ASSETS - SETTLEMENT | | 13,400.00 | | 13,400.00 |
| | [14] | | dated 4/27/16 [dkt 38] Equity in vehicle sold per order  3,400.00 | 1290-000 | | | |
| | [16] | | for alleged fraudulent transfer per order dated 4/27/16 [dkt 38]  10,000.00 Settlement with Debtors | 1290-000 | | | |
| 01/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.27 | 13,380.73 |
| 02/04/2016 | [17] | PETER & HOPE KENNEDY 8500 E. SOUTHERN AVE, UNIT 581 MESA , AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 2,000.00 | | 15,380.73 |
| 02/05/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.89 | 15,360.84 |
| 02/15/2016 | 1001 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York , NY 10017 | Bond Premium Payment 2016 Bond Premium Payment | 2300-000 | | 11.15 | 15,349.69 |
| 03/02/2016 | [17] | PETER & HOPE KENNEDY 8500 E. SOUTHERN AVE, UNIT 581 MESA , AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 300.00 | | 15,649.69 |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.07 | 15,628.62 |
| | | | | Page Subtotals | 15,700.00 | 71.38 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-26065 | Trustee Name: Joseph A. Baldi |
| Case Name: KENNEDY, PETER A. | Bank Name: Associated Bank |
| KENNEDY, HOPE M. | Account Number/CD#: ******7501 Checking Account |
| Taxpayer ID No: **-***5588 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 12/13/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/08/2016 | [17] | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA , AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 200.00 | | 15,828.62 |
| 03/23/2016 | [17] | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA , AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 500.00 | | 16,328.62 |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 23.67 | 16,304.95 |
| 04/26/2016 | [17] | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA , AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 500.00 | | 16,804.95 |
| 05/06/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 23.56 | 16,781.39 |
| 05/23/2016 | [17] | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA , AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 500.00 | | 17,281.39 |
| 06/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.16 | 17,256.23 |
| 06/09/2016 | [17] | PETER & HOPE KENNEDY<br>8500 E. SOUTHERN AVE, UNIT 581<br>MESA , AZ 85209 | REIMBURSEMENT - INS. PROCEEDS | 1249-000 | 1,500.00 | | 18,756.23 |
| | | | Page Subtotals | | 3,200.00 | 72.39 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 15-26065 | Trustee Name: Joseph A. Baldi |
| Case Name: KENNEDY, PETER A. | Bank Name: Associated Bank |
| KENNEDY, HOPE M. | Account Number/CD#: ******7501 Checking Account |
| Taxpayer ID No: **-***5588 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 12/13/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) / Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 18,756.23 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 18,756.23 |
| **COLUMN TOTALS** | 18,900.00 | 18,900.00 |
| Less:Bank Transfer/CD's | 0.00 | 18,756.23 |
| **SUBTOTALS** | 18,900.00 | 143.77 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 18,900.00 | 143.77 |

UST Form 101-7-TDR (10/1/2010) (Page 10)                                                                                                        **EXHIBIT 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-26065 | Trustee Name: | Joseph A. Baldi |
| Case Name: | KENNEDY, PETER A. | Bank Name: | Texas Capital Bank |
| | KENNEDY, HOPE M. | Account Number/CD#: | ******5518 Checking Account |
| Taxpayer ID No: | **-***5588 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/13/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 18,756.23 | | 18,756.23 |
| 10/19/2016 | 52001 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | | 2100-000 | | 2,640.00 | 16,116.23 |
| 10/19/2016 | 52002 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO , IL 60602 | | 3110-000 | | 5,108.08 | 11,008.15 |
| 10/19/2016 | 52003 | BALDI BERG, LTD<br>20 N. CLARK STREET, STE. 200<br>CHICAGO , IL 60602 | | 3120-000 | | 275.81 | 10,732.34 |
| 10/19/2016 | 52004 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany , OH 43054-3025 | Disb of 100.00% to Claim #000001 | 7100-000 | | 10,732.34 | 0.00 |
| | | | | Page Subtotals | 18,756.23 | 18,756.23 | |

UST Form 101-7-TDR (10/1/2010) (Page 11)

EXHIBIT 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 15-26065 | Trustee Name: | Joseph A. Baldi |
| Case Name: | KENNEDY, PETER A. | Bank Name: | Texas Capital Bank |
| | KENNEDY, HOPE M. | Account Number/CD#: | ******5518 Checking Account |
| Taxpayer ID No: | **-***5588 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/13/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 18,756.23 | 18,756.23 |
| Less: Bank Transfer/CD's | | 18,756.23 | 0.00 |
| **SUBTOTALS** | | 0.00 | 18,756.23 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 0.00 | 18,756.23 |

| | | | | |
|---|---|---|---|---|
| All Accounts Gross Receipts: | 18,900.00 | | | |
| All Accounts Gross Disbursements: | 18,900.00 | | | |
| All Accounts Net: | 0.00 | | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******7501 Checking Account | 18,900.00 | 143.77 | |
| ******5518 Checking Account | 0.00 | 18,756.23 | |
| **NetTotals** | 18,900.00 | 18,900.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 12)                                                                                                       EXHIBIT 9